

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00353-CR
## NO. 02-13-00354-CR

BRANDON JAY
DOUTHITT

APPELLANT

V.

THE STATE OF TEXAS

STATE

------------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Brandon Jay Douthitt, pro se, attempts to appeal from the trial court's judgments of conviction for possession of a controlled substance (methamphetamine), four grams or more but less than 200 grams, and burglary of a habitation. Pursuant to plea agreements, the trial court sentenced appellant to five years' confinement in each case, to run concurrently. In each case, the

---

[1]*See* Tex. R. App. P. 47.4.

trial court's certification of appellant's right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On July 29, 2013, this court notified appellant about the statement on the trial court's certifications and informed him that unless he or any party desiring to continue the appeals filed with the court, on or before August 8, 2013, a response showing grounds for continuing the appeals, the appeals may be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. Appellant filed a response, but it does not show grounds for continuing the appeals. Therefore, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 29, 2013